IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIT LOGISTICS, INC.,
        Plaintiff,

vs.         No. 17-1144-SCW

TCB, INC.,
        Defendant(s),

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on November 20, 2017 the above-captioned action is **DISMISSED** with prejudice.

**Dated:** February 9, 2018

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
        **Deputy Clerk**

**Approved: s//Stephen C. Williams**
        STEPHEN C. WILLIAMS
        UNITED STATES MAGISTRATE JUDGE